HONORABLE DAVID G. ESTUDILLO

HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT GLEN CARPENTER,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, Donald Ramsdell, and John Does 1-5,<br><br>                Defendants. | NO.   22-5004<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

### **ORDER OF DISMISSAL**

THIS MATTER, having come before the Court by way of stipulation entered by plaintiff Robert Glen Carpenter and defendants to dismiss all claims against defendants City of Tacoma (by and through its municipal subdivision, the Tacoma Police Department), Donald Ramsdell, and John Does 1-5, with prejudice and without costs and/or attorney's fees as to either party, and the Court being fully advised, now, therefore, it is hereby ORDERED as follows:

All claims against the above-named defendants brought by plaintiff Robert Glen Carpenter are hereby dismissed with prejudice and without costs and/or attorney's fees as to either party.

1

1   DATED this 22nd day of November, 2022.

David G. Estudillo
United States District Judge

Presented by:

Harry Williams

By s/ *Harry Williams*
    Harry Williams, WSBA #41020
    Attorney for Robert Glen Carpenter

Approved as to form, notice of presentation waived:

By s/ Kimberly Cox
   Kimberly Cox
   Tacoma City Attorney's Office
   Attorney for Defendants